**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

|  |  |
|---|---|
| AUSTIN STORNELLI,<br><br>                    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>                    Defendant. | **Case No.:** 5:26-cv -00836-MA<br><br>District Judge: Micaela Alvarez<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Austin Stornelli and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax.

RESPECTFULLY SUBMITTED on June 16, 2026

By: */s/ Landon T. Maxwell*
Landon T. Maxwell, AZ #038439
Consumer Justice Law Firm PLC
8095 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-1975
F: (480) 613-7733
E: lmaxwell@consumerjustice.com

*Attorneys for Plaintiff*
*Austin Stornelli*

By: */s/Heliane Fabian*
Heliane Fabian, TX Bar No. 24109850
SEYFARTH SHAW LLP
T: (310) 277-7200
F: (310) 201-3021
E:hfabian@seyfarth.com

Counsel for Defendant
Equifax Information Services, LLC

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Landon T. Maxwell*